MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
SETH NIELSEN, Special Assistant United States Attorney (#13823)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 380-4678
Email: seth.nielsen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>EDER MONTOYA-ROSALES (AKA JESUS TADEO GONZALEZ ESTRADA)<br><br>and<br><br>NAZARIO DE JESUS DEL CAMPO PEREZ,<br><br>     Defendants. | Case No. 2:26mj279 JCB<br><br>COMPLAINT<br><br>Count 1: 21 U.S.C. § 841(a)(1) and 846, Conspiracy to Distribute Fentanyl (> 400 grams) (*All defendants*);<br><br>Count 2: 21 U.S.C. § 841(a)(1) and 846, Conspiracy to Distribute Heroin (> 1 kilogram) (*All defendants*);<br><br>Count 3: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 400 grams) (*NAZARIO DE JESUS DEL CAMPO PEREZ*); and<br><br>Count 4: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (> 100 grams) (*All defendants*)<br><br><br>Judge Jared C. Bennett |

Before Judge Jared C. Bennett, United States Magistrate Judge for the District of Utah,

appears the undersigned, who on oath deposes and says:

## **COUNT 1**
21 U.S.C. § 841(a)(1) and 846
(Conspiracy to Distribute Fentanyl)

Beginning on a date unknown, and from at least on or about February 1, 2026, and continuing to on or about April 8, 2026, in the District of Utah and elsewhere,

EDER MONTOYA-ROSALES, AND
NAZARIO DE JESUS DEL CAMPO PEREZ,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the grand jury, to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1- ( 2-phenylethyl )-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
21 U.S.C. § 841(a)(1) and 846
(Conspiracy to Distribute Heroin)

Beginning on a date unknown, and from at least on or about February 1, 2026, and continuing to on or about April 8, 2026, in the District of Utah and elsewhere,

EDER MONTOYA-ROSALES, AND
NAZARIO DE JESUS DEL CAMPO PEREZ,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the grand jury, to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 3
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about April 8, 2026, in the District of Utah,

NAZARIO DE JESUS DEL CAMPO PEREZ,

defendants herein, did knowingly and intentionally possess with intent to distribute four hundred

(400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1-

( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance,

within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. §

841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

**COUNT 4**
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about April 8, 2026, in the District of Utah,

EDER MONTOYA-ROSALES, AND
NAZARIO DE JESUS DEL CAMPO PEREZ,

the defendants herein, did knowingly and intentionally possess with the intent to distribute one

hundred (100) grams or more of a mixture or substance containing a detectable amount of

Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, and did aid

and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C.

§ 841(b)(1)(B).

**ELEMENTS**

The elements of Count 1, Conspiracy to Distribute Fentanyl, a violation of 21

U.S.C. § 841(a)(1), are as follows:

1. The defendants did knowingly and intentionally conspire with each other to distribute to other persons four hundred (400) grams or more of a mixture or substance containing a detectable amount of Fentanyl; and

2. The substance was in fact Fentanyl, a schedule II controlled substance.

The elements of Count 2, Conspiracy to Distribute Heroin, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendants did knowingly and intentionally conspire with each other to distribute to other persons 1 kilogram or more of a mixture or substance containing a detectable amount of Heroin; and

2. The substance that was intended to be distributed was in fact Heroin, a schedule I controlled substance.

The elements of Count 3, Possession with Intent to Distribute Fentanyl, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing a Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;

2. They did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing Fentanyl, they intended to distribute it; and

4. The amount of Fentanyl they intended to distribute was 400 grams or more.

The elements of Count 4, Possession with Intent to Distribute Heroin, a violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendants possessed a mixture or substance containing a Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;

2. They did so knowingly and intentionally;

3. At the time the defendants possessed the mixture or substance containing Heroin, they intended to distribute it; and

4. The amount of Heroin they intended to distribute was 400 grams or more.

**<u>STATEMENT OF PROBABLE CAUSE</u>**

Complainant, Kevin Dalrymple, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1.      I am a Special Agent with the FBI.  I am currently assigned to the FBI Wasatch Metro Drug Task Force (WMDTF) and am tasked with investigating street gangs and drug trafficking in the District of Utah.

2.      Beginning in or about the month of February 2026, the FBI Wasatch Metro Drug Task Force ("WMDTF"), initiated a criminal investigation into EDER MONTOYA-ROSALES (MONTOYA-ROSALES), NAZARIO DE JESUS DEL CAMPO PEREZ (PEREZ), and other members of a drug trafficking organization ("DTO") that were believed to be distributing large quantities of narcotics in the District of Utah.

3.      During the investigation, agents sought and obtained search warrants to search residences and vehicles believed to be used in furtherance of drug trafficking by MONTOYA-ROSALES and PEREZ.

4.      On or about April 8, 2026, agents executed these search warrants.  Agents first located and secured PEREZ for further investigation.   No narcotic evidence was found during a search of PEREZ's vehicle.

5.      Next, agents executed a search warrant at PEREZ's residence.  During a search of his residence, agents located approximately 9,747.99 grams (package weight) of field-tested positive fentanyl; 1,330.34 grams (package weight) of field-tested positive heroin; 84.70 grams (package weight) of field-tested positive methamphetamine; a suspected drug ledger; drug paraphernalia; and a quantity of U.S. currency.  All of these items were found in PEREZ's bedroom.  Agents estimated the fentanyl evidence to be approximately 97,000 fentanyl pills.

6. During a post *Miranda* interview, PEREZ admitted to possession of the narcotics inside of the residence. PEREZ admitted that he stored the narcotics for cash profit. PEREZ also admitted to the previous distribution of narcotics. PEREZ stated that he had met and provided MONTOYA-ROSALES an undisclosed quantity of narcotics on multiple occasions.

7. Contemporaneous to the above operation, agents located and secured MONTOYA-ROSALES in his vehicle. MONTOYA-ROSALES was the lone occupant and driver of his vehicle at this time. During the search of the vehicle, agents located approximately 184.29 grams (package weight) of field-tested positive fentanyl, 243.28 grams (package weight) of field-tested positive heroin, and 15.81 grams (package weight) of field-tested positive methamphetamine. Agents estimated the fentanyl evidence to be approximately 1,800 fentanyl pills.

8. Lastly, agents executed a search warrant at MONTOYA-ROSALES' residence. During a search of his residence, agents located approximately 2.71 grams (package weight) of field-tested positive fentanyl and a quantity of U.S. currency in his bedroom. Agents also found registration paperwork for PEREZ's vehicle inside MONTOYA-ROSALES' bedroom.

9. During a post *Miranda* interview, MONTOYA-ROSALES admitted to possession of the narcotics found inside of his vehicle. MONTOYA-ROSALES stated that he sold narcotics to multiple clients per day. MONTOYA-ROSALES stated that he sold narcotics for cash profit. MONTOYA-ROSALES advised that he did not know PEREZ. However, when asked, MONTOYA-ROSALES admitted that agents would find communication between PEREZ and himself on his cell phone.

10. In addition to the above information, during the course of the investigation, agents obtained evidence that MONTOYA-ROSALES and PEREZ were in frequent and consistent

communication with each other through telephone. Agents also know that MONTOYA-ROSALES and PEREZ were in frequent communication with another known associate/source of supply of the DTO through telephone. Based on the overall investigation, I know that members of the DTO often communicate with each other through telephone in furtherance of drug trafficking.

11. Based on training and experience, I know that the quantity of fentanyl and heroin seized from MONTOYA-ROSALES and PEREZ is consistent with distribution as opposed to personal use.

Based on the foregoing information, I respectfully request an arrest warrant be issued for MONTOYA-ROSALES and PEREZ for violations of 21 U.S.C. § 841(a)(1) and 846, Conspiracy to Distribute Fentanyl and Heroin and Possession with Intent to Distribute the same.

/s/ *Kevin Dalrymple*

_____
Kevin Dalrymple
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 9th day of April 2026.

_____
Jared C. Bennett
United States Magistrate Judge

APPROVED AS TO FORM:

MELISSA HOLYOAK
First Assistant United States Attorney

/s/ *Seth Nielsen*

_____
Seth Nielsen
Assistant United States Attorney