FILED US District Court-UT

APR 22 '26 AM09:55

MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
SETH NIELSEN, Assistant United States Attorney (#13823)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 380-4678
Email: seth.nielsen@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | Count 1: 21 U.S.C. § 841(a)(1) and 846, Conspiracy to Distribute Fentanyl (> 400 grams) (*All defendants*); |
| vs. | |
| EDER MONTOYA-ROSALES (AKA JESUS TADEO GONZALEZ ESTRADA), | Count 2: 21 U.S.C. § 841(a)(1) and 846, Conspiracy to Distribute Heroin (> 1 kilogram) (*All defendants*); |
| and | Count 3: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 400 grams) (*NAZARIO DE JESUS DEL CAMPO PEREZ*); |
| NAZARIO DE JESUS DEL CAMPO PEREZ, | |
| | Count 4: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (> 1 kilogram) (*NAZARIO DE JESUS DEL CAMPO PEREZ*); |
| Defendants. | |
| | Count 5: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (> 40 grams) (*EDER MONTOYA-ROSALES*); |
| | Count 6: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute (> 100 grams) (*EDER MONTOYA-ROSALES*); |
| Case: 2:26-cr-00130 Assigned To : Stewart, Ted Assign. Date : 4/21/2026 | Count 7: 8 U.S.C. § 1326, Reentry of a Previously Removed Alien) (*NAZARIO DE JESUS DEL CAMPO PEREZ*); and |

1

|  | Count 8: 8 U.S.C. § 1326, Reentry of a Previously Removed Alien) (*EDER MONTOYA-ROSALES*). |
|---|---|

The Grand Jury charges:

## COUNT 1
### 21 U.S.C. § 841(a)(1) and 846
### (Conspiracy to Distribute Fentanyl)

Beginning on a date unknown, and from at least on or about February 1, 2026, and continuing to on or about April 8, 2026, in the District of Utah and elsewhere,

**EDER MONTOYA-ROSALES
(AKA JESUS TADEO GONZALEZ ESTRADA), AND
NAZARIO DE JESUS DEL CAMPO PEREZ,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the grand jury, to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1- ( 2-phenylethyl )-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 2
### 21 U.S.C. § 841(a)(1) and 846
### (Conspiracy to Distribute Heroin)

Beginning on a date unknown, and from at least on or about February 1, 2026, and continuing to on or about April 8, 2026, in the District of Utah and elsewhere,

EDER MONTOYA-ROSALES
(AKA JESUS TADEO GONZALEZ ESTRADA), AND
NAZARIO DE JESUS DEL CAMPO PEREZ,

the defendants herein, did knowingly and intentionally combine, conspire, confederate,

and agree with others known and unknown to the grand jury, to distribute 1 kilogram or

more of a mixture or substance containing a detectable amount of Heroin, a Schedule I

controlled substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §

841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

## COUNT 3
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about April 8, 2026, in the District of Utah,

NAZARIO DE JESUS DEL CAMPO PEREZ,

defendant herein, did knowingly and intentionally possess with intent to distribute four

hundred (400) grams or more of a mixture or substance containing a detectable amount of

N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II

controlled substance, within the meaning of 21 U.S.C. § 812, and did aid and abet therein,

all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21

U.S.C. § 841(b)(1)(A).

## COUNT 4
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about April 8, 2026, in the District of Utah,

NAZARIO DE JESUS DEL CAMPO PEREZ,

3

the defendant herein, did knowingly and intentionally possess with the intent to distribute

one kilogram or more of a mixture or substance containing a detectable amount of

Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, and did

aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to

21 U.S.C. § 841(b)(1)(A).

## COUNT 5
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about April 8, 2026, in the District of Utah,

**EDER MONTOYA-ROSALES
(AKA JESUS TADEO GONZALEZ ESTRADA),**

defendant herein, did knowingly and intentionally possess with intent to distribute forty

(40) grams or more of a mixture or substance containing a detectable amount of N-phenyl-

N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled

substance, within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in

violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C.

§ 841(b)(1)(B).

## COUNT 6
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about April 8, 2026, in the District of Utah,

**EDER MONTOYA-ROSALES
(AKA JESUS TADEO GONZALEZ ESTRADA),**

4

the defendant herein, did knowingly and intentionally possess with the intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## COUNT 7
8 U.S.C. § 1326
(Reentry of a Previously Removed Alien)

On or about April 8, 2026, in the District of Utah,

NAZARIO DE JESUS DEL CAMPO PEREZ,

defendant herein, an alien who on or about August 28, 2013, March 26, 2014, July 26, 2019, and November 5, 2024, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of 8 U.S.C. § 1326 and punishable pursuant to 8 U.S.C. § 1326(b)(2).

## COUNT 8
8 U.S.C. § 1326
(Reentry of a Previously Removed Alien)

On or about April 8, 2026, in the District of Utah,

EDER MONTOYA-ROSALES
(AKA JESUS TADEO GONZALEZ ESTRADA),

defendant herein, an alien who on or about October 1, 2024, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United

5

States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of 8 U.S.C. § 1326(a).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, the defendant(s) shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to:

- $1,818 in U.S. currency (Montoya-Rosales residence),
- $2,536 in U.S. currency (Montoya-Rosales),
- $4,835 in U.S. currency (del Campo Perez residence), and
- $283 in U.S. currency (del Campo Perez)

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
First Assistant United States Attorney

SETH NIELSEN
Assistant United States Attorney

6